UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0486M-01 (CR) |
| | : | MAGISTRATE NO. 06-0486M-02 (CR) |
| **RODRIGUEZ SEEGERS,** | : | |
| **REGINALD BIZZELL,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendants.** | : | (Unlawful Possession of a Firearm by a Person |
| | : | Convicted of a Crime Punishable by |
| | : | Imprisonment for a Term Exceeding One Year); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about November 22, 2006, within the District of Columbia, **RODRIGUEZ SEEGERS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F5302-96, did unlawfully and knowingly receive and possess a firearm, that is, a Hi-Point .380 caliber semi-automatic pistol, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about November 22, 2006, within the District of Columbia, **REGINALD BIZZELL**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F5027-93, did unlawfully and knowingly receive and possess a firearm, that is, a Ministorm 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia