UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-366 (RWR) |
| | : | |
| v. | : | |
| | : | |
| RODRIGUEZ SEEGERS | : | |
| REGINALD BIZZELL | : | |
| Defendants | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Angela Hart-Edwards, telephone number (202) 307-0031 and this is notice of her appearance in this matter on behalf of the United States.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          United States Attorney

          _____
          ANGELA HART-EDWARDS
          Assistant United States Attorney
          Federal Major Crimes Section
          PA Bar No. 61468
          555 4th Street, N.W.  #44241
          Washington, DC 20001
          Phone:       307-0031
          Telecopier:   514-6010