UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO.  06-366 (RWR) |
| | : | |
| **REGINALD BIZZELL,** | : | |
| **RODRIQUEZ SEEGERS,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

**ORDER**

Upon consideration of the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), and any opposition thereto, it is this

_____ day of _____, 2007, hereby

**ORDERED** that the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b) be and the same is **GRANTED.**

_____
Richard W. ROBERTS
United States District Judge


Copies to counsel of record