**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  06-366 (RWR)** |
| | : | |
| **REGINALD BIZZELL,** | : | |
| **RODRIQUEZ SEEGERS,** | : | |
| **Defendants.** | : | |
| _____ | : | |

**GOVERNMENT'S MOTION TO CONTINUE**
**THE PRETRIAL HEARING**

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, respectfully requests this Court to continue the March 9, 2007 suppression hearing.

1.  On December 19, 2006, both defendants were indicted in different counts of the same

indictment for Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable

by Imprisonment for a Term Exceeding One Year, in violation of Title18, United States Code,

Section 922(g)(1).   The speedy trial clock has been tolled by pending motions and there are

thirty four days left after the motions filed in this case are resolved before the speedy trial act

requires the government to try this case.

2.  The government requests that the Court continue the pretrial hearing in this case from

March 9, 2007 because government counsel will be in London, England during the week of

March 5th.  The airline tickets purchased are non refundable.  Government counsel will return to

the U.S.A. on March 11, 2007.

3. Government counsel has consulted with defense counsel about this request.  Neither

counsel oppose this request and the parties respectfully propose the following dates as alternative

dates for conducting the hearing provided the Court is available: March 1st at 2:00 or thereafter;

March 21st , 22nd, or 23rd, or right before the start of the trial of this matter by the visiting judge

any day of the following week of March 26th.  The parties are ready to proceed to trial

immediately following the motions hearing.

4.  The is the first government continuance.

Authority Fed. Crim. Pro. R. 47.

WHEREFORE, the United States respectfully requests that this Court continue the

motion hearing and, if necessary, schedule a status hearing to select a date other than dates

proposed in this motion.

Respectfully submitted,
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____

ANGELA HART-EDWARDS
Assistant United States Attorney
Bar No. 61468
Federal Major Crimes Section
555 4th Street, N.W. (Room 4241)
Washington, D.C. 20530
(202) 307-0031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic
filing upon the attorneys for the defendants, Jonathan Jeffress and Nathan Silver, Esquires
this 13th day of February, 2007.


_____

Angela Hart-Edwards
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO.  06-366 (RWR)** |
| | **:** | |
| **REGINALD BIZZELL,** | **:** | |
| **RODRIQUEZ SEEGERS,** | **:** | |
| **Defendants.** | **:** | |
| _____ | **:** | |

<u>ORDER</u>

This matter came before the Court on the Government's Motion to Continue the Pretrial

Hearing.

Upon consideration of the Motion and the entire record herein, and upon a finding of

good cause shown, it is hereby

ORDERED, this _____ day of February, 2007, that the Motion is GRANTED;

It is further ORDERED that the pretrial hearing has been rescheduled to _____ day of

_____, 2007, and a there **will be a/will be no** Status Hearing on

_____ day of _____ , 2007 in this case.


_____
DISTRICT COURT JUDGE R.W. ROBERTS