IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNTIED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **REGINALD BIZELL,** | : | CRIMINAL NO. 06-366 (RWR) |
| **RODRIQUEZ SEEGERS** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the attached notice of government's expert witnesses, dated February 28, 2007, be made part of the record in this case.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY
    D.C. Bar Number: 451058

By: _____
    Angela Hart-Edwards
    Assistant U.S. Attorney
    PA Bar 61468
    U.S. Attorney's Office
    555 4th Street, N.W., Rm. 4241
    Washington, D.C. 20530
    (202) 307-0031

### Certificate of Service

I hereby certify that a copy of the Government's Notice of Expert Witnesses was served by electronic filing on this 28th day of February, 2007.

_____
Angela Hart-Edwards
Assistant United States Attorney



**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

February 28, 2007

**via telecopier & electronic filing**
Jonathan Jeffres, Esq.  2/208-7515
Federal Public Defenders (Seegers)

Nathan Silvers, Esq. (301) 229-0189
Attorney At Law for (Bizzell)

      Re: U.S. v. Rodriguez Seegers
         U.S. v. Reginald Bizzell
         <u>Crim. No. 06-366 (RWR)</u>
         Gov's Expert Witness Notice

Dear Counsel:

  I am writing to provide you with additional information regarding expert witnesses the government intends to call at trial, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and to see if, in light of <u>Old Chief v. United States</u>, 519 U.S. 172 (1997), you plan to stipulate that your client has been convicted of a crime punishable by a term of imprisonment exceeding one year for purposes of 18 U.S.C. § 922 (g) (1).  If so, I will prepare a Stipulation prior to trial.  Please note, however, that I intend to seek permission to use copies of certified convictions for felonies for impeachment purposes in a separate Rule 609 motion.

  Reports of Examinations or Tests and Experts

  <u>Firearms expert witness</u>.  The government expects to call BATFE Special Agent Joshua C. Green as an expert witness in the field of interstate and foreign commerce nexus of firearms and ammunition.  Special Agent Green is expected to opine that the firearms and ammunition involved in this case moved in interstate or foreign commerce prior to your clients' arrest.  His opinion will be based on his training and experience and his examination of firearms and ammunition recovered in this case.  He will also opine that the firearms recovered in this case were designed to expel a projectile by an explosive or to fire.  I have attached Agent Greens Qualification Statement.

  <u>Fingerprint expert witness</u>.  The government also expects to call Federal Bureau of Investigations (FBI) Agent Elizabeth M. Chaney as an expert witness on fingerprints. Agent Chaney is expected to opine about:  the taking of fingerprints; how fingerprints are left on surfaces; how

fingerprints are lifted from surfaces; factors that affect the taking of fingerprints; the difficulties in recovering prints from surfaces such as plastic or guns; the comparison of prints; and the identification of prints if there are sufficient "points" to render a print usable. Her opinion will be based on her training and experience, and her examination of latent prints lifted or not lifted from firearms and ammunition recovered at the time of your clients' arrest, and a review and comparison of the latents lifted in this case with latents belonging to your clients. I have attached Agent Chaney's Curriculum Vitae.

The government may also call an experienced United States' Park Police Crime Scene Search evidence technician in this case as an expert. He will testify about the methods used to recover or attempt to recover latent fingerprints from pieces of evidence as well as the methods used in this case, why recovering latent fingerprints from particular surfaces or items of evidence may be difficult, and the USPP policies, practices, and procedures for recovering and processing latent fingerprints. Such an expert will base his testimony on his training and experience in evidence collection. At this time, I am providing neither a statement of qualifications or curriculum vitae for this witness, but one will be provided prior to trial.

Please be reminded of the government's reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

- notice of documents and tangible objects the defendant expects to introduce;

- a Jencks request for all prior statements of any defense witness (excluding the defendant);

- a Lewis request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and

- a request for information pertaining to any expert or scientific testimony or evidence.

        Sincerely,

        JEFFREY A. TAYLOR
        United States Attorney


By:
        ANGELA HART-EDWARDS
        Assistant United States Attorney

c