UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action Nos. |
| | ) |
| RODRIGUEZ SEEGERS, | ) 06-366-01 (RWR) |
| REGINALD BIZZELL, | ) 06-366-02 (RWR) |
| | ) |
| Defendants. | ) |

ORDER

The government has filed an unopposed motion to continue the March 9, 2007 motions hearing in this case. None of the dates proposed for rescheduling the hearing is available, given the Court's protracted criminal trial now underway. Unfortunately, the government may have to assign temporary replacement counsel to handle the hearing on March 9, 2007. It is hereby

ORDERED that the government's motion [22] be, and hereby is, DENIED.

SIGNED this 16th day of February, 2007.

/s/
RICHARD W. ROBERTS
United States District Judge