UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RODRIGUEZ SEEGERS, et al. )<br>)<br>Defendant. )<br>) | Crim. No. 06-366-01 (RBW) |

**DEFENDANT RODRIGUEZ SEEGERS'S UNOPPOSED MOTION
TO SEAL *EX PARTE* PORTIONS OF JULY 11, 2007 HEARING TRANSCRIPT**

Defendant Rodriguez Seegers, through undersigned counsel, respectfully submits this unopposed motion to seal the ex parte portions of the transcript from the hearing held in this matter on July 11, 2007.

In support of this Motion, undersigned counsel respectfully submits:

1. On July 11, 2007, the Court held a hearing concerning certain issues that had arisen between defendant Rodriguez Seegers and undersigned counsel. Because portions of the hearing concerned issues of the attorney-client relationship and trial strategy, all parties agreed that the Court should conduct those portions of the hearing ex parte.

2. In order to preserve the confidential nature of the ex parte discussions, and consistent with the D.C. Circuit's leading case on sealed matters, Washington Post v. Robinson, 935 F.2d 282 (D.C. Cir. 1991), the defense now respectfully moves to place the ex parte portions of the transcript under seal until further order of the Court.

3. The AUSA assigned to this case, Angela Hart-Edwards, did not object at the July 11, 2007 hearing to the Court conducting portions of the hearing ex parte. Undersigned counsel

therefore believes that the government has no opposition to this Motion. Undersigned counsel attempted to reach Ms. Hart-Edwards by phone this morning, but was unable to speak with her by the time of filing.

## CONCLUSION

For the foregoing reasons, Mr. Seegers respectfully requests that the Court enter the attached Order, sealing the ex parte portions of the July 11, 2007 hearing in this case.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No. 06-366-01 (RBW) |
| **RODRIGUEZ SEEGERS, et al.** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

Upon consideration of defendant's Motion to Seal, and for good cause shown, and consistent with Washington Post v. Robinson, 935 F.2d 282, 289 fn. 10 (D.C. Cir. 1991), it is hereby

**ORDERED** that the ex parte portions of the July 11, 2007 hearing transcript shall be placed under seal until further order of the Court.

**SO ORDERED.**

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE