UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-366-01 (RBW) |
| ) | |
| RODRIGUEZ SEEGERS, et al. ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's Motion to Seal, and for good cause shown, and consistent with Washington Post v. Robinson, 935 F.2d 282, 289 fn. 10 (D.C. Cir. 1991), it is hereby

**ORDERED** that the ex parte portions of the July 11, 2007 hearing transcript shall be placed under seal until further order of the Court.

**SO ORDERED.**

July 13, 2007

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE