IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | : | |
| | : | |
| v. | : | Trial date: 7/31/07 |
| | : | |
| REGINALD BIZELL, | : | CRIMINAL NO. 06-366 (WRB) |
| RODRIQUEZ SEEGERS | : | |
| | : | |
| Defendants. | : | |

NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY OR IN
THE ALTERNATIVE MOTION FOR A CONTINUANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice to the court and defense counsel of its intent to introduce expert testimony regarding critically important ballistics evidence brought to the government's attention only today.

1. On December 19, 2006, both defendants were indicted for Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title18, United States Code, Section 922(g)(1). The speedy trial clock has been tolled by pending motions.

2. This is a case investigated by the United States Park Police case that is scheduled for trial on July 31, 2007 with pretrial motion hearings scheduled to commence on July 30, 2007. This morning, the government conducted a witness conference with officers from the United States Park Police. As instructed, the officers brought evidence to the U.S. Attorney's Office for viewing and marking for identification purposes.

When asked about the guns at issue in this case, the Park Police Officer informed the undersigned Assistant that they did not have the (2) guns in the case because the Fire

Examination Section of Metropolitan Police Department had custody of the guns. When asked for what purpose, the officers explained, for the first time, that in addition to test firing the guns MPD had an independent ballistics test conducted which involved comparing the spent shell casings found inside of the vehicle with the guns found on the ground outside of the vehicle: .30 semi automatic hand gun found on the sidewalk in front of the driver's side of the vehicle where Seegers was seen and heard dropping an item to the ground during flight from officer Bellino, and a 9mm mini storm semi automatic handgun found on the sidewalk behind the left driver side wheel of the vehicle where Bizzell was observed standing prior to his disappearance from the scene of the accident.[1] MPD did not notify Park Police of this test and the Park Police officers learned this information today, July 26, 2007, when they went to retrieve the guns. Immediately thereafter, the undersigned counsel contacted MPD Firearms Section and learned that MPD had in fact conducted ballistics tests.

The results of the ballistics test are that the six spent casings found on the floor inside of the vehicle came from the 9mm mini storm semi automatic handgun found on the sidewalk behind the left driver side wheel of the vehicle where Bizzell was observed standing prior to his disappearance from the scene of the accident. The results of this test are critical to the government's case in that it conclusively places the 9mm handgun the government believes Bizzell possessed inside of the vehicle.

2. The government stands ready to provide instant discovery in the case and believes any prejudice, if any, suffered by the defense can be remedied by accommodating the defense in

---

[1] Seegers was the driver of a vehicle that fled officers and crashed into a tree prior to bailing out and running at the intersection of 6th Street and Southern Avenue. Bizzell was the passenger who left the scene, but returned to the scene of the crash and was identified by officers as being the passenger inside of the vehicle. Bizzell's wallet was subsequently found on the passenger side floor of the vehicle.

its need for time to respond to the evidence with expert review. The government proposes resolution of all pretrial motions and beginning the trial as scheduled, or in the alternative continuing only the trial for a short period of time to allow the defense an opportunity to have their firearms expert review the report and evidence.

    3.    The government has spoken to defense counsel who oppose this notice and the admission of scientific evidence (ballistics).

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number: 451058

By: _____
Angela Hart-Edwards
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4241
Washington, D.C. 20530
(202) 307-0031

### Certificate of Service

I hereby certify that a copy of the Government's Notice of Intent to Introduce Expert Testimony was served by electronic filing on this 26th day of July, 2007.

_____
Angela Hart-Edwards
Assistant United States Attorney