CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   )
                           )
                           )
         vs.               )     Criminal No. _06-366-1_
                           )
                           )
_Rodriguez Seegers_        )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                Defendant

_____
        Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
                Judge

1/7/08