FILED
JAN 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | CRIMINAL NO. 06-366 (RBW) - 1 |
| | : | Trial 1/7/08 |
| RODRIQUEZ SEEGERS, Defendants. | : | |

## STATEMENT OF THE OFFENSE

The parties in this case, the United States of America and the defendant, Rodriquez Seegers, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offense to which he is pleading guilty.

### Elements of Offense

*Possession of a firearm by a person previously convicted of a felony*

The essential elements of possession of a firearm by a person, who has been convicted of a crime punishable by imprisonment for a term exceeding one year are:

1. That the defendant possessed a firearm; that is, a handgun;

2. That the defendant did so knowingly;

3. That the firearm had been shipped or transported from one state to another; (the District of Columbia is considered a state for this purpose); and

4. That, at the time the defendant possessed the firearm, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year.

Factual Basis

On November 22, 2006 at about 2:50 a.m., United States Park Police (USPP) Officer Joseph Bellino monitored the Prince Georges County channel 4 radio broadcasts, while on patrol duty in the District of Columbia near the Prince Georges County Maryland borderline. He heard a broadcast for "shots fired" at the Prince Georges County Tradewinds Night Club (Tradewinds).

Within minutes of the broadcast, Officer Bellino observed a white Buick Regal traveling at a high rate of speed coming from the direction of the Tradewinds Night Club. The vehicle then proceeded to travel at a high rate of speed onto the ramp for the Suitland Parkway. Believing that the occupants of this vehicle may have had something to do with the reported shooting, Officer Bellino traveled behind the vehicle with his overhead lights and siren activated. The Buick fled at a high rate of speed for several miles through residential neighborhoods and red traffic lights in the District until the driver, later identified as the defendant Rodriguez Seegers, lost control and crashed into a tree at the intersection of Southern Avenue and 6th Street, N.E. *[handwritten: N.E. SE (AHE) J.S. R.S.]*

Officer Bellino pulled his cruiser next to crashed vehicle at which time the defendant exited the vehicle to flee. He stopped briefly, reached into the waist area of his clothing, retrieved an unloaded gun (Hi-Point .380 caliber semi-automatic pitsol), dropped it to the ground, and ran. Officer Bellino chased Seegers and caught him two blocks away. The defendant was placed under arrest and escorted back to the police cruiser for transport to the police station. Recovered from within the vehicle on the floorboard during search of the vehicle were spent 9mm shell casings. Recovered from the sidewalk below the vehicle near the front driver's side tire was a loaded gun (Ministorm 9mm semi-automatic pistol).

The defendant was previously convicted on January 7, 1994 of a crime punishable by imprisonment for a term exceeding one year in the District of Columbia Superior Court in case number F 5027-93. Specifically, the defendant was convicted of mayhem while armed, possession of a firearm during a crime of violence, and carrying a pistol without a license.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea

to the offense of Unlawful Possession of a Firearm ~~and Ammunition~~ by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

_____
ANGELA HART-EDWARDS
Assistant U.S. Attorney

_____
JONATHAN JEFFRESS, Esquire
Attorney for Defendant
Federal Public Defenders

_____
RODRIQUEZ SEEGERS
Defendant

Date: 1/7/08

Date: 1/7/08