UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>RODRIGUEZ SEEGERS,   )<br>)<br>Defendant.    )<br> | Crim. No. 06-366 (RBW) |

**DEFENDANT RODRIGUEZ SEEGERS'S UNOPPOSED
<u>MOTION TO CONTINUE SENTENCING DATE</u>**

Defendant, Rodriguez Seegers, through undersigned counsel, respectfully moves the Court to vacate the current sentencing date in the above-captioned case of April 3, 2008 and continue the matter for approximately one week. As grounds for this motion, defense counsel respectfully submits as follows:

1. The sentencing in this matter is currently scheduled for Thursday, April 3, 2008.

2. Defense counsel expected to complete Mr. Seegers' sentencing memorandum last week, but was not able to do so because of other business. The defense is asking for approximately one additional week so defense counsel may visit Mr. Seegers at CTF and complete a sentencing memorandum for the Court.

3. The government, through AUSA Rhonda Campbell, does not oppose this Motion.

WHEREFORE, defendant respectfully request that the Court vacate the sentencing date currently set down for Thursday, April 3, 2008 and continue the sentencing for approximately one week.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No. 06-366 (RBW) |
| **RODRIGUEZ SEEGERS,** | ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the defendant's unopposed motion to continue the sentencing date, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the sentencing in this matter scheduled for April 3, 2008 is **VACATED**; the sentencing will now take place

_____, 2008 at _____am/pm.

**SO ORDERED.**

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE


_____
DATE