FILED

APR 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-366 (RBW) |
| ) | |
| RODRIGUEZ SEEGERS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's unopposed motion to continue the sentencing date, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the sentencing in this matter scheduled for April 3, 2008 is **VACATED**; the sentencing will now take place ___April 16___, 2008 at __9:00__ (am)/pm.

**SO ORDERED.**

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

___April 2, 2008___
DATE