03/18/2008 10:44 FAX 2025013829     FEDERAL PUBLIC DEFENDER                    ☑002

HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**APR 16 2008**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA  :  Docket No.: CR-06-366-01

vs.  :  SSN:

Seegers, Rodriguez  :  Disclosure Date: February 29, 2008

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____           _____
Prosecuting Attorney         Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
(X)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Rodriguez Seegers_  3/4/08           _A. Kraut_  3.18.08
Defendant            Date             Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 14, 2008**, to U.S. Probation Officer **Patricia Boyd**, telephone number **(202) 565-1392**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer

Receipt and Acknowledgment                                              Page 2

ON PAGE 6, #13 AMMUNITION WAS ADDED INTO THE COUNT.

ON PAGE 8, THE APRIL 23, 1995 INCIDENT. THAT INVESTIGATION WAS ENDED AFTER THE GUY ADMITTED TO TO THE WARDEN THAT HE LIED ABOUT THE WHOLE THING, AND I WAS NEVER TRANSFERRED FROM THAT FACILITY UNTIL IT SHIPPED ALL OF IT'S INMATES OUT TO FEDERAL INSTITUTIONS DUE TO THE CLOSING OF LORTON, AND THE NO BENEFIT WAS DROPPED IN OPEN COURT.
                                                            SUPERIOR COURT

ON PAGE 10, #37 IT STATES THAT I NEVER GOT TREATED FOR THE CLOT IN MY LEG WHEN I DID. AND I'M TAKEN 11mg. OF COUMADIN PER DAY.

ALSO ON PAGE 10, #43 IT DOESN'T STATE THAT I ALSO ATTENED THE AND COMPLETED THE CARPENTERS APRENTICESHIP PROGRAM. I BELIEVE THE DATES WERE FROM 12/03 - 9/06

ON PAGE 11, #45 I WAS NOT TERMINATED, MY JOB WILL STILL WAITING ON ME UPON MY RETURN.

Signed by: _Rodriguez Burgess_ (signature)
(Defendant/Defense Attorney/AUSA)

Date: 3/4/08